UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN DEJUAN MCKINNEY #529796, Plaintiff | CIVIL DOCKET NO. 1:22-CV-00382 SEC P |
| VERSUS | JUDGE DRELL |
| DUSTIN DAVIS ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 7) is DENIED and DISMISSED under 28 U.S.C. § 1915A, WITH PREJUDICE to being asserted again until Plaintiff meets the conditions of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 4th day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT